Exhibit R



**MILLER STARR REGALIA**

1331 N. California Blvd.
Suite 600
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re: **Lease Agreement dated December 13, 2001, as amended, by and between SCP 2001A-CSF-18 LLC, as "Landlord", and HOOK-SUPERX, L.L.C., as "Tenant", for the Premises located at 10 North State Street, North Vernon, Indiana ("Lease") (CVS# 06808L02)**

All:

This firm represents HOOK-SUPERX, L.L.C. ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

**EXHIBIT A**

ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:     cwelin@frandzel.com
              maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:     mjensen@porterscott.com
              pbadum@porterscott.com
              dganzon@porterscott.com
              cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com



**MILLER STARR**
**REGALIA**

1331 N. California Blvd.
Suite 600
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re:     **Lease Agreement dated December 13, 2001, as amended, by and
        between SCP 2001A-CSF-51 LLC, as "Landlord", and OHIO CVS
        STORES, L.L.C., as "Tenant", for the Premises located at 17 William H.
        Taft Road, Cincinnati, Ohio ("Lease") (CVS# 02715L01)**

All:

This firm represents OHIO CVS STORES, L.L.C. ("CVS") in connection with its
interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this
Lease, thereby extending the Lease term for an additional period of 5 years,
commencing February 1, 2024 and running through January 31, 2029, upon the
same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its
Landlord under the Lease during the Extension Period at the business address of
Landlord.

As you know, based on discussions CVS has had and information obtained from
various parties regarding this and other locations, as well as the multiple pending
disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with
which you are all involved, it is apparent that a legal dispute exists with regard to
whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other
charges that are or will become due under the Lease starting on February 1, 2024,
but needs to ensure that it is making these payments to the rightful recipient. In this
regard, CVS declines to involve itself any further than it already is involved with any
disputes between you and any other parties who claim to be the Landlord under the
Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no
obligation to determine which party among you is entitled to the rents under the
Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all
parties to this correspondence, or alternatively an appropriate court order in
form and substance satisfactory to CVS, which clarifies to whom CVS should
be paying rent and other charges pursuant to the Lease.**

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:      cwelin@frandzel.com
            maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:      mjensen@porterscott.com
            pbadum@porterscott.com
            dganzon@porterscott.com
            cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com



**MILLER STARR**
**REGALIA**

1331 N. California Blvd.
Suite 600
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re:    **Lease Agreement dated December 13, 2001, as amended, by and between SCP 2001A-CSF-72 LLC, as "Landlord", and SOUTH CAROLINA CVS PHARMACY, L.L.C., as "Tenant", for the Premises located at 333 Highway 9 Bypass East, Lancaster, South Carolina ("Lease") (CVS# 07005L02)**

All:

This firm represents SOUTH CAROLINA CVS PHARMACY, L.L.C ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

Offices: Walnut Creek / San Francisco / Newport Beach

CVPH-57824\2877707.1

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:    cwelin@frandzel.com
          maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:    mjensen@porterscott.com
          pbadum@porterscott.com
          dganzon@porterscott.com
          cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: phillip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com



**MILLER STARR REGALIA**

1331 N. California Blvd.
Suite 600
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re:     **Lease Agreement dated January 07, 2002, as amended, by and between SCP 2001A-CSF-75 LLC, as "Landlord", and SOUTH CAROLINA CVS PHARMACY, L.L.C., as "Tenant", for the Premises located at 555 Robertson Boulevard, Walterboro, South Carolina ("Lease") (CVS# 03585L02)**

All:

This firm represents SOUTH CAROLINA CVS PHARMACY, L.L.C. ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

### EXHIBIT A

ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:     cwelin@frandzel.com
           maugust@frandzel.com

Richard Sabella
Allerard Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:     mjensen@porterscott.com
           pbadum@porterscott.com
           dganzon@porterscott.com
           cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com


**MILLER STARR REGALIA**

1331 N. California Blvd.
Suite 600
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

Thomas S. McConnell
Direct Dial: 925 941 3291
thomas.mcconnell@msrlegal.com

December 5, 2023

Re: **Lease Agreement dated December 13, 2001, as amended, by and between SCP 2001A-CSF-76 LLC, as "Landlord", and TENNESSEE CVS PHARMACY, L.L.C., as "Tenant", for the Premises located at 128 West Stone Drive, Kingsport, Tennessee ("Lease") (CVS# 04130L02)**

All:

This firm represents TENNESSEE CVS PHARMACY, L.L.C. ("CVS") in connection with its interests in the above-referenced Lease.

On or about July 20, 2023, CVS exercised the renewal option pertaining to this Lease, thereby extending the Lease term for an additional period of 5 years, commencing February 1, 2024 and running through January 31, 2029, upon the same terms, covenants and conditions contained in the Lease, as amended.

Pursuant to Article 5 of Part II of the Lease, CVS is required to pay rent to its Landlord under the Lease during the Extension Period at the business address of Landlord.

As you know, based on discussions CVS has had and information obtained from various parties regarding this and other locations, as well as the multiple pending disputes and lawsuits relating to CVS's store #9487 in Orangevale, California, with which you are all involved, it is apparent that a legal dispute exists with regard to whom CVS should be making its upcoming rent payments pursuant to the Lease.

Please be assured that CVS is ready, willing and able to pay the rent and other charges that are or will become due under the Lease starting on February 1, 2024, but needs to ensure that it is making these payments to the rightful recipient. In this regard, CVS declines to involve itself any further than it already is involved with any disputes between you and any other parties who claim to be the Landlord under the Lease or otherwise entitled to rents pursuant to the Lease, and, indeed has no obligation to determine which party among you is entitled to the rents under the Lease.

**Accordingly, CVS hereby requests clear, joint and written instructions from all parties to this correspondence, or alternatively an appropriate court order in form and substance satisfactory to CVS, which clarifies to whom CVS should be paying rent and other charges pursuant to the Lease.**

Please be advised, that until CVS receives such joint and written instructions (or applicable court order), CVS will have no alternative but, in its sole discretion, to hold upcoming rent payments in trust for the party or parties ultimately determined to be entitled to these funds and/or to commence an immediate interpleader action and make any and all upcoming payments pursuant to the Lease to the court. Please be further advised and reminded that, to the extent CVS is required to file an interpleader action, it will be entitled to recover any and all associated attorneys' fees and costs out of the interpleaded funds, as CVS recovered in the Orangevale matter.

Thank you and we look forward to hearing back from each of you.

Very truly yours,

MILLER STARR REGALIA

Thomas S. McConnell

SLC

## EXHIBIT A

### ADDRESSEES

Sent via UPS overnight mail and email to the following:

Anthony Altamura, Esquire
c/o GCC Realty Company LLC
c/o Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY 10022

Lane Capital Partners LLC
152 West 57th Street, 23rd Floor
New York, NY 10019

Craig A. Welin
Marshall August
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Email:       cwelin@frandzel.com
             maugust@frandzel.com

Richard Sabella
Allerand Realty Holdings, LLC
675 W Indiantown Rd, Suite 103
Jupiter, FL 33458

Martin N. Jensen
Paul John B. Badum
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825
Email:       mjensen@porterscott.com
             pbadum@porterscott.com
             dganzon@porterscott.com
             cbowers@porterscott.com

Sharon Jacoby
Email: sharon@nicoljacoby.com
Phillip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com

Anthony Altamura
NuPenn Consultants LLC
1 Meadowbrook Road
Irvington, NY, 10533
Email: anthonyaltamura@gmail.com