# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACLCP CINCINNATI, LLC, *et al.,*[1]<br><br>        Debtors. | Case No. 25-11691 (MFW)<br>(Joint Administration Pending) |
| ACLCP PORT HURON, LLC<br>ACLCP GRATIOT, LLC,<br>ACLCP CINCINNATI, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>CVS CAREMARK CORP., OHIO CVS STORES, L.L.C., HOOK-SUPERX, L.L.C., SOUTH CAROLINA CVS PHARMACY, L.L.C., TENNESSEE CVS PHARMACY, L.L.C., WOODWARD DETROIT CVS, L.L.C., CVS MICHIGAN, L.L.C., PHILIP KASSOVER, JEROME AND PAULA GOTTESMAN FAMILY SUPPORTING FOUNDATION, INC., COMMUNITY FOUNDATION OF NEW JERSEY, NORTH VERNON REMAINDERCO, LLC, CINCINNATI REMAINDERCO, LLC AND WALTERBORO REMAINDERCO, LLC,<br><br>        Defendants. | Adv. Proc. No. 25-52346 (MFW) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>
>     824 N. Market Street, 3rd Floor
>     Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

[1] The Debtors in these Chapter 11 cases are ACLCP Cincinnati, LLC, ACLCP Gratiot, LLC, and ACLCP Port Huron, LLC.

Name and Address of Plaintiff's Attorney:

CROSS & SIMON, LLC
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room: Courtroom No. 4 |
|---|---|
| 824 N. Market Street, 5th Floor | |
| Wilmington, DE 19801 | Date and Time: TBD |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ Stephen L. Grant
*Clerk of the Bankruptcy Court*

Date: September 15, 2025